SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
THOMAS MOORE (ASBN 4305-078T)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone 415-436-6748
Attorneys for the United States of America

**SEALED COURT ORDER**

FILED
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3-07-70604 |
| v. | APPLICATION TO SEAL THE COMPLAINT, AFFIDAVIT AND SEALING ORDER |
| RUDOLPH KERMIT KING, aka KLEVER ROSALES, | |

The United States of America requests the Court to seal this Application, and the Complaint, Affidavit For Arrest Warrant and the Sealing Order for the reason that the disclosure of these documents, including the affidavit of Patrick Ernst, at this time will jeopardize the investigation.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


THOMAS MOORE
Assistant United States Attorney
Tax Division

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 3-07-70684 BZ |
| v. ) | |
| ) | SEALING ORDER |
| RUDOLPH KERMIT KING, ) | |
| aka, KLEVER ROSALES, ) | |

Upon motion of the United States of America, and good cause appearing;

**IT IS HEREBY ORDERED** that the Clerk of the District Court shall seal the Application To Seal, the Complaint, the Affidavit For Arrest Warrant and this Sealing Order, and that such documents shall remain under seal until further order of the Court.

Dated this 14 day of Nov, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

RE-NOT. & MOT. TO DISM. PET. TO QUASH
IRS SUM. & TO ENF. SUM. (C-01-0103-MISC-MHP)    2