SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7017
Fax:        (415) 436-6748

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUDOLPH KERMIT KING,<br>a.k.a. KLEVER ROSALES,<br><br>Defendant. | Case No. 3-07-70684-BZ<br><br>APPLICATION TO UNSEAL CASE |

The United States of America requests the Court to unseal the above-captioned case.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: November 20, 2007          By: _____
                                      THOMAS MOORE
                                      Assistant United States Attorney

                                      Attorneys for the Plaintiff