ORIGINAL
FILED

07 NOV 21 AM 9: 40

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>RUDOLPH KERMIT KING, a.k.a.<br>KLEVER ROSALES<br><br>                Defendant. | Case No. 3-07-70684-BZ<br><br>[Proposed]<br>UNSEALING ORDER |

Upon motion of the United States of America, and good cause appearing,

**IT IS HEREBY ORDERED** that the Clerk of the District Court shall unseal the above-captioned case.

Dated this _2 0_ day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE