# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: SAN JOSE

FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES OF AMERICA

V.

RUDOLPH KERMIT KING,
aka KLEVER ROSALES

CR 07 0746 JW HRL

DEFENDANT.

## INDICTMENT

A TRUE BILL.

_____
FOREMAN

Filed in open court this 11/27/2007 Day of _____

L. Scott
Clerk

Bail $ No process

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 07-0746 JW HRL |
| v. | ) | VIOLATION: Title 18, United States Code, Section 287 -- False Claim |
| RUDOLPH KERMIT KING, aka KLEVER ROSALES, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

### INDICTMENT

The Grand Jury charges:

On or about the 20th day of September, 2007, in the Northern District of California, the defendant,

RUDOLPH KERMIT KING,
aka KLEVER ROSALES,

a resident of Nassau, The Bahamas, made and presented to the United States Treasury Department a claim against the United States for payment, which he knew to be false, fictitious, and fraudulent, to wit: a claim that consisted of a letter and attachments including a U.S. Corporation Income Tax Return, Form 1120; a Claim for Refund and Request for Abatement, Form 843; and a money order, which were

INDICTMENT                                     1

1 presented to the United States Treasury Department, through the Internal Revenue Service, wherein he
2 claimed a refund of taxes in the amount of $2,700,000, knowing such claim to be false, fictitious, and
3 fraudulent.
4     In violation of Title 18, United States Code, Section 287.
5
6
7 DATED:
8
9 11/27/07

A TRUE BILL.

_/s/_
FOREPERSON

10 SCOTT N. SCHOOLS
   United States Attorney
11
12 _/s/ Brian Stretch_
13 BRIAN STRETCH
   Chief, Criminal Division
14 Approved as to form
15 _/s/_
16 THOMAS M. NEWMAN
   Assistant United States Attorney
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT       2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

—— OFFENSE CHARGED ——

18 USC § 287 - False Claim

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
18 USC § 287 - 5 yrs impris., $250,000 fine, 3 yr superv. rel., $100 assessment

E-filing

—— Name of District Court, and/or Judge/Magistrate Location ——
NORTHERN DISTRICT OF CALIFORNIA

FILED NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

▶ RUDOLPH KERMIT KING, aka KLEVER ROSALES

DISTRICT COURT NUMBER

CR 07 - 0746 JW - HRL

—— DEFENDANT ——

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

—— PROCEEDING ——

Name of Complaintant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   THOMAS NEWMAN, AUSA, TAX DIV.

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: