UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEC 14 2007

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

*Rudolph King*

Defendant.

Case Number
CR 07-00746 JW

ORDER - CJA CONTRIBUTION(s) DUE

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[ X ]    THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 200.00 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[ ]    That certain date of _____ and the SAME DAY each month thereafter;

[ X ]    The first day of January, 2008 and the FIRST DAY of each month thereafter;

[ X ]    MAIL TO:    Clerk, U. S. District Court
280 South First Street, Room 2112
San Jose, CA. 95113-3095

**Please indicate that this is a CJA payment and include the case number shown above.**

[ ]    THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

[ ]    That certain date of _____ ;

[ ]    MAIL TO:    Clerk, U. S. District Court
280 South First Street, Room 2112
San Jose, CA. 95113-3095

**Please indicate that this is a CJA Payment and include the case number shown above.**

DATED: 12/14/07

PATRICIA V. TRUMBULL, U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72