

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

November 30, 2007

Clerk, United District Court
Northern District Of California
Phillip Burton United States
Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

*FILED DEC 18 2007*
*CR-07-00746*
*RICHARD W. WIEKING, CLERK U.S. NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

Re: Transfer to U.S. Magistrate Judge

Case No. 07-1980 M

Case Title: USA v. Rudolph Kermit King

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
    - ☐ Original bond to be forwarded by the Fiscal Section
    - ☒ Certified copy of final commitment
    - ☐ Original Passport
    - ☐ Original Declaration re: Passport
- ☒ Other  NFPV document #9

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  M. WARREN
Deputy Clerk 213-894-8288

cc: *U.S. Attorney (Central District of California)*
*U.S. Attorney (Receiving district)*

---

Receipt of the above-described documents is acknowledged herewith and assigned case number: _____.

Clerk, U.S. District Court

By _____
Deputy Clerk

_____
Date

CR-48 (01/01)                    LETTER RE: RULE 40 - TRANSFER OUT

FILED

2007 NOV 16 PM 1:56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

CASE NUMBER

# 07-1980M

PLAINTIFF(S)

v.

RUDOLPH KING

DEFENDANT(S).

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

---

The above-named defendant was charged by: **Complaint**
in the **Northern** District of **California** on **11/16/07**
at ____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about ____
in violation of Title **18** U.S.C., Section(s) **287**
to wit: **False Claims**

A warrant for defendant's arrest was issued by: **Mag. Judge Zimmerman**

Bond of $ **No Bail** was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **11/16/07** , by

_____ , Deputy Clerk.

_____         **Juan Saavedra**
Signature of Agent                Print Name of Agent

**IRS-CI**                        **Special**
Agency                            Title

CR-52 (05/98)                     AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

FILED

2007 NOV 16 PM 1:56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. RUDOLPH KING DEFENDANT(S). | CASE NUMBER **07-1980M** REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  **11/16/07    8:53**    ☒ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   ~~None~~ **18 § 287**
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☐ Yes   ☒ No   ☐ Unknown
5. Year of Birth:  **1968**
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): _____
8. Date detainer placed on defendant: _____
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer:  **DUTY**
11. Remarks (if any): _____
12. Date: **11/16/07**      13. Signature: _____
14. Name: **Juan Saavedra**      15. Title: **Special Agent**

CR-64 (07/05)        REPORT COMMENCING CRIMINAL ACTION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, Plaintiff, vs. Rudolph Kermit King, Defendant. | Western Division<br>Case Number: 2:07-MJ-01980<br>Initial App. Date: 11/16/2007<br>Date Filed: 11/16/2007<br>Violation: 18:287<br>CourtSmart: _11-16-07_ | Out of District Affidavit<br>Initial App. Time: 3:00 PM |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Rosalyn M. Chapman | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |

**PRESENT:** Kimberly Carter _(Deputy Clerk)_ / Dorothy McLaughlin _(Assistant U.S. Assistant)_ / None _(Interpreter/Language)_

- [x] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
- [x] preliminary hearing OR [x] removal hearing / Rule 20.
- [x] Defendant states true name [x] is as charged [ ] is _____
- [x] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
- [x] Attorney: Anthony Eaglin, DFPD [x] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
- [x] Special appearance by: _____
- [x] Government's request for detention is: [ ] GRANTED [ ] DENIED [ ] WITHDRAWN [x] CONTINUED
- [ ] Defendant is ordered: [ ] Permanently Detained [ ] Temporarily Detained (see separate order).
- [ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- [ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
- [ ] Preliminary Hearing waived.
- [ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
- [ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- [ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- [ ] Preliminary Hearing set for _____ at 4:30 PM
- [ ] PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
- [ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
- [ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
- [ ] Defendant executed Waiver of Rights. [ ] Process received.
- [ ] Court ORDERS defendant Held to Answer to _____ District of _____
- [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
- [ ] Warrant of removal and final commitment to issue.
- [ ] Warrant of removal and final commitment are ordered stayed until _____
- [x] Case continued to (Date) _11/21/07_ (Time) _11:00_ AM/PM
- Type of Hearing: _Detention Hearing_ Before Judge _Chapman_ / Duty Magistrate Judge
- Proceedings will be held in the [ ] Duty Courtroom _____ [x] Judge's Courtroom _23 (3rd Floor)_
- [x] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
- [ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- [ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- [ ] RELEASE ORDER NO: _____
- [ ] Other: _____

[ ] PSA   [ ] FINANCIAL   [ ] READY
Deputy Clerk Initials _KC_
: _10 minutes_

M-5 (03/07)   CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1

```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    DOROTHY R. MCLAUGHLIN (Cal. SBN: 229453)
 4  Assistant United States Attorney
    General Crimes Section
 5        12 00 United States Courthouse
          312 North Spring Street
 6        Los Angeles, California  90012
          Telephone: (213) 894-2262 4138
 7        Facsimile: (213) 894-0141
          E-mail:  rodrigo.castro-silva@usdoj.gov
 8                 dorothy.mclaughlin@usdoj.gov
    Attorneys for Plaintiff
 9  United States of America

10
                    UNITED STATES DISTRICT COURT
11
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
    UNITED STATES OF AMERICA,     )   Case No. 07 MJ 1980
13                                )
              Plaintiff,          )
14                                )   GOVERNMENT'S NOTICE OF REQUEST
                                  )   FOR DETENTION
15            v.                  )
                                  )
16  RUDOLPH KERMIT KING           )
                      Defendant.  )
17  aka Klever Rosales            )
18
19
20        Plaintiff, United States of America, by and through its
21  counsel of record, hereby requests detention of defendant and gives
22  notice of the following material factors:
23        ___  1.   Temporary 10-day Detention Requested (§ 3142(d))
24             on the following grounds:
25             ___  a.  present offense committed while defendant was on
26                  release pending (felony trial), (sentencing),
27                  (appeal), or on (probation) (parole); or
28
```

```
            ___  b.  defendant is an alien not lawfully admitted for
                     permanent residence; and
            ___  c.  defendant may flee; or
            ___  d.  pose a danger to another or the community.
      _x_  2.  Pretrial Detention Requested (§ 3142(e)) because no
                condition or combination of conditions will
                reasonably assure:
            ⨉   a.  the appearance of the defendant as required;
            _   b.  safety of any other person and the community.
      ___  3.  Detention Requested Pending Supervised
                Release/Probation Revocation Hearing (Rules
                32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):
            ___  a.  defendant cannot establish by clear and
                     convincing evidence that he/she will not pose a
                     danger to any other person or to the community;
            ___  b.  defendant cannot establish by clear and
                     convincing evidence that he/she will not flee.
      ___  4.  Presumptions Applicable to Pretrial Detention (18
                U.S.C. § 3142(e)):
            ___  a.  Title 21 or Maritime Drug Law Enforcement Act
                     ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense
                     with 10-year or greater maximum penalty
                     (presumption of danger to community and flight
                     risk);
            ___  b.  offense under 18 U.S.C. §§ 924(c), 956(a), 2332b,
                     or 2332b(g)(5)(B) with 10-year or greater maximum
                     penalty (presumption of danger to community and
```

2

flight risk);

____ c. offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

____ d. defendant currently charged with an offense described in paragraph 5a - 5e below, AND defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), AND that previous offense was committed while defendant was on release pending trial, AND the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

__X__ 5. <u>Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves</u>:

____ a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

____ b. an offense for which maximum sentence is life imprisonment or death;

3

|   |   |   |
|---|---|---|
| 1 | \_\_\_\_ c. | Title 21 or MDLEA offense for which maximum |
| 2 |   | sentence is 10 years' imprisonment or more; |
| 3 | \_\_\_\_ d. | any felony if defendant has two or more |
| 4 |   | convictions for a crime set forth in a-c above or |
| 5 |   | for an offense under state or local law that |
| 6 |   | would qualify under a, b, or c if federal |
| 7 |   | jurisdiction were present, or a combination or |
| 8 |   | such offenses; |
| 9 | \_\_\_\_ e. | any felony not otherwise a crime of violence that |
| 10 |   | involves a minor victim or the possession or use |
| 11 |   | of a firearm or destructive device (as defined in |
| 12 |   | 18 U.S.C. § 921), or any other dangerous weapon, |
| 13 |   | or involves a failure to register under 18 U.S.C. |
| 14 |   | § 2250; |
| 15 | ✗ f. | serious risk defendant will flee; |
| 16 | \_\_\_\_ g. | serious risk defendant will (obstruct or attempt |
| 17 |   | to obstruct justice) or (threaten, injure, or |
| 18 |   | intimidate prospective witness or juror, or |
| 19 |   | attempt to do so). |
| 20 | \_\_\_\_ 6. | Government requests continuance of \_\_\_\_ days for |
| 21 |   | detention hearing under § 3142(f) and based upon the |
| 22 |   | following reason(s): |

26 //
27 //

4

7. Good cause for continuance in excess of three days exists in that:

_____

_____

_____

DATED: 11/16/07

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

*/s/ Dorothy R. McLaughlin*

DOROTHY R. MCLAUGHLIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

P-Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. *Randolp Kermit King* DEFENDANT. | 07-1980 m ABSTRACT OF COURT PROCEEDING |

TO: UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

You are hereby notified that the Honorable **Chapman**,
☐ United States District Judge  ☒ United States Magistrate Judge, has this date ☒ ordered  ☐ recommended that the above-named federal prisoner be:

☒ Allowed to make ☒ _1_ social ☐ ___ legal telephone call(s) at prisoner's own expense; *1 - 10 minute call w/in the U.S.*
☐ forthwith   ☒ as soon as possible   ☐ as requested, at suitable times

☐ Allowed social visits   ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☐ Provided with a medical examination and/or medical treatment for _____
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Other _____

Dated: **11-16-07**

CLERK U.S. DISTRICT COURT
By: **K Carter**
Deputy Clerk

RETURN TO CLERK'S OFFICE
☐ Western Division-Los Angeles   ☐ Southern Division-Santa Ana   ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

Name (Print)   Title   Signature

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)   ABSTRACT OF COURT PROCEEDING
★ U.S. GPO: 2004-685-310

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Northern District of California

FILED
2007 NOV 16 PM 1:56
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY _____

SEALED
BY COURT ORDER

UNITED STATES OF AMERICA,

V.

Rudolph Kermit King, a.k.a. Klever Rosales

**WARRANT FOR ARREST**

Case Number: 4-07-70684

07-1980M  WDB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Rudolph Kermit King a.k.a. Klever Rosales__

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

() Indictment  () Information  (X) Complaint
() Order of Court  () Violation Notice  () Probation Violation Petition

charging him or her with presenting a claim to the United States Treasury Department against the United States for payment which he knew to be false, fictitious, or fraudulent by preparing and causing to be prepared a letter with attachments including a U.S. Corporation Income Tax Return, Form 1120; a Claim for Refund and Request for Abatement, Form 843; and a money order, which were presented to the United States Treasury Department, through the Internal Revenue Service, wherein he claimed a refund of taxes in the amount of $2,700,000 knowing such claim to be false, fictitious or fraudulent.

in violation of Title __18__ United States Code, Section(s) __287__

| Bernard Zimmerman | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | |
| Signature of Issuing Officer | San Francisco, California |
| | Date and Location |

Bail fixed at $ __No Bail__    by __Bernard Zimmerman, U.S. Magistrate Judge__
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RECORD OF PROCEEDINGS

Case No. **07-1980m**        Tape No. **C/S 11/21/07**        Date: **11/21/07**

Present: The Honorable **ROSALYN M. CHAPMAN**, U.S. Magistrate Judge

| Kimberly Carter | Dorothy McLaughlin | N/A |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter |

USA v. **Rudolph Keemit King**
☒ Present  ☒ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant: **Anthony Eaglin**
☒ Present  ☐ CJA  ☐ Retd  ☒ DFPD  ☐ Not present

**PROCEEDINGS: TEMPORARY / PERMANENT DETENTION HEARING**

☒ Matter called for ☐ temporary / ☒ permanent detention hearing.
☐ Court finds probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ Witnesses CST (see separate list).
☐ Exhibits Marked/Admitted (see separate list).
☒ Court finds presumption under 18 USC 3142e _____ has not been rebutted and ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted and therefore, sets bail. See below for bail information.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court further orders U.S. Attorney to notify _____
(Name of appropriate officials)
☐ Court orders further bail hearing to be set on _____ at _____ ☐ a.m. / ☐ p.m. in Courtroom _____ if _____ fails or declines to take custody of defendant.
(Name of appropriate officials)
☐ Court does not find sufficient cause to temporarily detain defendant and sets bails. See below for bail information.
☐ Court orders case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____
☒ Other: **Defendant executed waiver of rights.**
**Court orders defendant held to answer to Northern District of California.**
**Warrant of Removal and final Commit to issue. USM to forthwith transport d to northern Dist.**

BAIL INFORMATION

TYPE OF BOND
☐ Personal Recognizance (Signature only - no dollar amount)
☐ Unsecured Appearance Bond in amount of $_____
☐ Appearance Bond in amount of $_____
  ☐ with cash deposit (amount or %) _____
  ☐ with affidavit of surety (no justification) (Form CR-4)
  ☐ with justification affidavit of surety (Form CR-3)
  ☐ with deeding of property
☐ Collateral Bond in amount of $_____
(cash or negotiable securities)
☐ Corporate Surety Bond in amount of $_____
(Corporate Surety Bond requires separate form)
☐ Release NOW and justify by _____
OR appear before Magistrate Judge _____
at _____ ☐ AM / ☐ PM on _____

CONDITIONS OF RELEASE
☐ PSA Supervision   ☐ Intensive
☐ Surrender passport
☐ Bail subject to Nebbia Hearing
☐ Travel restricted to: _____
☐ Avoid places of egress
☐ Alcohol/Drug testing: _____
☐ Not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs.
☐ Release only to PSA
☐ Residence approved by PSA
☐ Not possess firearms or be in the presence of anyone using or possessing firearms
☐ Other: _____

☐ Bond Posted
☐ Release Ordered Forthwith; Issued Release No. _____

Distribution:   Blue - AUSA       Yellow - Defendant       Pink - PSA

M-46 (06/98)       RECORD OF PROCEEDINGS - TEMPORARY / PERMANENT DETENTION HEARING

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | 07-01980m |
| vs. | **ORDER OF DETENTION** |
| Rudolph Kermit King, | |
| Defendant. | |

FILED
CLERK, U.S. DISTRICT COURT
NOV 21 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I

A.   ( )   On motion of the Government in a case allegedly involving:

   1.   ( )   a crime of violence.

   2.   ( )   an offense with maximum sentence of life imprisonment or death.

   3.   ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

   4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

   5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1

B.   (✓) On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

   (✓) On the further allegation by the Government of:

   1.   (✓) a serious risk that the defendant will flee.

   2.   ( ) a serious risk that the defendant will:

      a.   ( ) obstruct or attempt to obstruct justice.

      b.   ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government ( ) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

II

A.   (✓) The Court finds that no condition or combination of conditions will reasonably assure:

   1.   (✓) the appearance of the defendant as required.

   ~~( ) and/or~~

   2.   ( ) the safety of any person or the community.

B.   ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

III

The Court has considered:

A.   the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or

2

destructive device;

B.  the weight of evidence against the defendant;

C.  the history and characteristics of the defendant; and

D.  the nature and seriousness of the danger to any person or the community.

### IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V

The Court bases the foregoing finding(s) on the following:

A.  (✓)  As to flight risk:

*A from Bahamas; foreign passport no ties to district*

B.  ( )  As to danger:

3

VI

A. ( ) The Court finds that a serious risk exists the defendant will:

   1. ( ) obstruct or attempt to obstruct justice.

   2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following:

_____

_____

_____

VI

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. ~~IT IS FURTHER ORDERED that the defendant be afforded reasonable~~ opportunity for private consultation with counsel.

4

D.   IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 11/21/2007

UNITED STATES MAGISTRATE JUDGE



5

FILED
CLERK, U.S. DISTRICT COURT

NOV 21 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: |
|---|---|
| v.  Rudolph Kermit King  DEFENDANT. | 07-1980 M  WAIVER OF RIGHTS (OUT OF DISTRICT CASES) |

I understand that charges are pending in the __Northern__ District of __California__ alleging violation of __18 USC § 287__
(Title and Section / Probation / Supervised Release)
and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

*-Check one only-*

☒ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☐ have an identity hearing
☐ receive a copy of the charges(s) against me
☐ have a preliminary examination
☐ have an identity hearing, and I have been informed that I have no right to a preliminary examination
☒ have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

_____
Defendant

_____
Defense Counsel

Date: __Nov. 21, 2007__

_____
United States Magistrate Judge

M-14 (03/03)     WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

Name & Address

FILED
CLERK, U.S. DISTRICT COURT

NOV 21 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 07-1980 m |
| v. | FINAL COMMITMENT AND WARRANT OF REMOVAL |
| RUDOLPH KERMIT KING | __NORTHERN__ District of __CALIFORNIA__ |
| | At __SAN FRANCISCO__ |
| DEFENDANT(S). | (City) |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐ filing of a complaint before a U.S. Magistrate Judge
☐ an indictment by a Grand Jury
☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about   (BLANK) ,   in the District of Origin, the defendant did:   FALSE CLAIMS

in violation of Title(s)   18  , U.S.C., Section(s)  287

---

The defendant has now:
☒ duly waived identity hearing before me on  11/21/07  but request that a preliminary exam be held in the charging district.
☐ duly waived preliminary examination before me on _____ .
☐ had a hearing before me on _____ , and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had a hearing before me on _____ , and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☐ No bail has been set.
  ☒ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

_Nov. 21, 2007_ _____ Rosalyn M. Chapman
Date                United States Magistrate Judge

=================================================================================
**RETURN**

Received this commitment and designated prisoner on _____ , and on _____ ,
committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

Date _____  _____
                         Deputy

M-15 (08/99)                    **FINAL COMMITMENT AND WARRANT OF REMOVAL**