FILED
DEC 19 2007
CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00746 JW/PVT |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER AUTHORIZING |
| vs. ) | SOUTHERN DISTRICT OF FLORIDA TO ACCEPT POSTING OF SECURITY FOR BOND |
| RUDOLPH KERMIT KING, ) | |
| Defendant. ) | **Hon. Patricia V. Trumbull** |

On Tuesday, December 18, 2007, this Court set conditions for the release of the defendant Rudolph Kermit King, which conditions include a requirement that bond be secured by the posting of $10,000. Having been advised by defense counsel that the proposed surety resides in the Bahamas, the Court hereby authorizes the Southern District of Florida to accept posting of the $10,000 required for Mr. King's release and to deposit the money into that Court's registry pursuant to local practice.

It is so ordered.

Dated: December 19, 2007

HON. PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order Authorizing Acceptance of Security          1