# UNITED STATES DISTRICT COURT
for the
## Northern District of California

**FILED**
DEC 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. Rudolph KING         Docket No. CR07-00746-JW

## Petition for Arrest Warrant for Defendant Under Pretrial Supervision

| | |
|---|---|
| Name of Defendant: | Rudolph Kermit KING |
| Name of Judicial Officer: | Patricia V. Trumbull, U.S. Magistrate Judge |
| Date of Release: | December 20, 2007 |
| Charged Offense: | Title 18, United States Code, Section 287- False Claims to the United States Government |
| Release Conditions: | $10,000 Cash Bond |
| Special Conditions: | Defendant shall report as directed to Pretrial Services; defendant's travel is restricted to the Northern District of California; defendant shall surrender his passport and not apply for any new passport or travel document; and defendant shall reside at Cornell Corrections halfway house. |

## Petitioning the Court

For the issuance of a no-bail warrant for the defendant's arrest.

I, Victoria Gibson, a U.S. Pretrial Services Officer Specialist, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

Page 3  - PETITION FOR ARREST WARRANT AND SUPPORTING AFFIDAVIT
RE: RUDOLPH KERMIT KING          DOCKET NO.: CR07-00746 JW

Having considered the information set forth above, the Court finds there is probable cause to believe the defendant violated the terms and conditions of his pretrial release.

**THE COURT ORDERS:**

☒  The issuance of a no-bail warrant for the defendant's arrest so that he may be brought before the Court to show cause why bail should not be revoked.

☐  Other:_____
_____
_____
_____
_____

12/23/07  5:01 pm
/Date

Honorable Patricia V. Trumbull
U.S. Magistrate Judge

PS8A: Rev. 3/23/05

Page 2  - PETITION FOR ARREST WARRANT AND SUPPORTING AFFIDAVIT
RE: RUDOLPH KERMIT KING           DOCKET NO.: CR07-00746 JW

1) The defendant arrived at Cornell Corrections halfway house in San Francisco, California, on December 20, 2007, at approximately 20:00 hours.

2) Today, at approximately 13:30 hours, this officer received a telephone call from U.S. Pretrial Services Officer Anthony Granados. Officer Granados informed that he received a message from a Cornell Corrections staff member informing that the defendant had escaped from the facility earlier this morning. This officer contacted Cornell Corrections and spoke to Monitor Syed Shah. Mr. Shah indicated that the defendant was present at the 05:30 hours count, but he was missing at the time of the next count which began at 08:40 hours. Mr. Shah indicated that the local police department, hospitals, and morgues were contacted, but the defendant was not located.

3) The undersigned officer has not received a call from the defendant. His whereabouts are unknown at this time.

Based on the foregoing, there is probable cause to believe that Rudolph Kermit KING violated the conditions of his pretrial release. Therefore, I ask the Court to issue a no-bail warrant for the defendant's arrest.

Respectfully submitted,

Victoria Gibson
U.S. Pretrial Services Officer Specialist
Place **Oakland, California**
Date Signed: **December 23, 2007**

Approved by:

Silvio Lugo, Assistant Deputy Chief
U.S. Pretrial Services Officer