1 BARRY J. PORTMAN
Federal Public Defender
2 LARA S. VINNARD
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 Telephone:  (408) 291-7753

5 Counsel for Defendant KING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0746 JW / PVT |
| ) | |
| Plaintiff, ) | **STIPULATION TO VACATE HEARING DATE DUE TO ISSUANCE OF BENCH WARRANT AND TO EXCLUDE TIME; [PROPOSED] ORDER** |
| ) | |
| v. ) | |
| ) | |
| RUDOLPH KERMIT KING, ) | |
| aka KLEVER ROSALES, ) | |
| ) | |
| Defendant. ) | |

Defense counsel, Assistant Federal Public Defender Lara S. Vinnard, and counsel for the government, Assistant U.S. Attorney Thomas Newman, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, January 14, 2008, at 11 a.m., should be vacated because a bench warrant has been issued for the defendant.

The parties have submitted a separate stipulation and proposed order to the Honorable James Ware seeking to vacate the status date set in that courtroom, and agreeing to an exclusion of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(3)(A) and (B) because Mr. King is presently unavailable and the arrest warrant is pending.

STIPULATION TO VACATE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-0746 JW / PVT                 1

1

2  Dated: 1/9/08                                              _____/s/_____
3                                                              LARA S. VINNARD
                                                               Assistant Federal Public Defender
4
   Dated: 1/9/08                                              _____/s/_____
5                                                              THOMAS NEWMAN
                                                               Assistant United States Attorney
6

7                                              **ORDER**

8      The parties have jointly requested that the hearing set for January 14, 2008, at 11 a.m., be

9  vacated on grounds that a bench warrant has been issued for the defendant.

10     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

11 presently set for January 14, 2008, be vacated.

12     The Court is advised that the parties are seeking an exclusion of time pursuant to 18

13 U.S.C. § 3161(h)(3)(A) and (B), via a separate stipulation and proposed order that is being

14 submitted to Judge Ware.

15

16 Dated:                                                    _____
                                                              PATRICIA V. TRUMBULL
17                                                            United States Magistrate Judge

18

19

20

21

22

23

24

25

26

STIPULATION TO VACATE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-0746 JW / PVT                    2