1 | BARRY J. PORTMAN
Federal Public Defender
2 | LARA S. VINNARD
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 | Telephone: (408) 291-7753

5 | Counsel for Defendant KING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0746 JW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO VACATE HEARING DATE DUE TO ISSUANCE OF BENCH WARRANT AND TO EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | ) | |
| RUDOLPH KERMIT KING, aka KLEVER ROSALES, | ) | |
| Defendant. | ) | |

Defense counsel, Assistant Federal Public Defender Lara S. Vinnard, and counsel for the government, Assistant U.S. Attorney Thomas Newman, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, January 14, 2008, should be vacated because a bench warrant has been issued for the defendant.

The parties further agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(3)(A) and (B) because Mr. King is presently unavailable and the arrest warrant is pending. Accordingly, the ends of justice outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO VACATE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-0746 JW                    1

Dated: 1/9/08                          _____/s/_____
                                                   LARA S. VINNARD
                                                   Assistant Federal Public Defender

Dated: 1/9/08                          _____/s/_____
                                                   THOMAS NEWMAN
                                                   Assistant United States Attorney

## **ORDER**

The parties have jointly requested that the hearing set for January 14, 2008, be vacated on grounds that a bench warrant has been issued for the defendant.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 14, 2008, be vacated.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that time shall be excluded from the period within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., beginning with the date on which the bench warrant was issued. Time is excluded pursuant to 18 U.S.C. § 3161(h)(3)(A) and (B) because Mr. King is presently unavailable and the arrest warrant is pending.

Dated: January 11, 2008                    _____
                                                    JAMES WARE
                                                    United States District Judge