# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100



RECEIVED
JAN 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

January 9, 2008

United States District Court
N/D/CA - San Jose Division
Attn: Financial Section
280 South 1st Street
San Jose, CA 95113

FILED
JAN 15 2008

RE: Transfer of Case No.: 07-3549-MG-TURNOFF
Your Case No.: CR-07-00746JW/PVT

Pursuant to Court Order, enclosed are the following documents regarding Rudolph Permit King.

1) Certified copy of receipt issued for the funds.
2) Registry check in the amount of $10,007.50 bond including interest.
   Total Interest earned $8.33, Reportable Interest earned $7.50.
   Total Bond Amt. $10,000.00 was originally posted by O'Brien Thomas Knowles.
   (interest aggregating $10.00 or more must be reported to the IRS)
   (10% registry fee in the amount of $..83 has already been deducted.)
3) Copy of Order.

If you have any questions/concerns please do not hesitate to contact me at (305) 523-5050.

Sincerely,

Steven M. Larimore•Clerk of Court

By _____
Aggie M. Reed
Asst. Financial Administrator

*It is our honor and duty to provide the support necessary to enable the Court as an institution to fulfill its
constitutional, statutory, and societal responsibilities for all who seek justice.*

**Filed**

JAN 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 01/09/08

231948

AO82
(Rev. 4/90)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA
at Miami

RECEIVED FROM O'Brien Thomas Knowles
Golden Gates #2 House #5
Nassau Bahamas
US Avs Rudolph Permit King

Fund  ND CR-07-00746-JW PVT

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | 604700 | 10,000.00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 10,000.00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | Case Number or Other Reference |
| 322360 | Miscellaneous Fees | 07-3549-MG-WCT |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | N.D. of California |
| 322386 | Restitution to U.S. Government | CR-07-746-JW |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

Appearance Bond To be Invested

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 12/20/07   Cash | Check | M.O. | Credit   DEPUTY CLERK: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 07-3549-TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

V.

RUDOLPH PERMIT KING,

    Defendant.
_____/

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon

**ORDERED AND ADJUDGED as follows:**

**All funds** and **documents** filed with the Clerk of court in this case shall be **transferred** to the District where the charge is outstanding.

DONE AND ORDERED at Miami, Florida this __27TH__ day of __DECEMBER__ 2007.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

CC: AUSA
    Defense Counsel
    U.S. Marshal
    Pretrial Services