```
SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7017
Fax:        (415) 436-6748
```

Attorneys for the United States of America

FILED
07 NOV 21 AM 9:41
[CLERK, U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07-746 JW

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3-07-70684-BZ |
| Plaintiff, | |
| v. | |
| RUDOLPH KERMIT KING, a.k.a. KLEVER ROSALES, | APPLICATION TO UNSEAL CASE |
| Defendant. | |

The United States of America requests the Court to unseal the above-captioned case.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: November 20, 2007    By: _____
THOMAS MOORE
Assistant United States Attorney

Attorneys for the Plaintiff