FILED
07 NOV 21 AM 9:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-746 JW |
| Plaintiff, ) | Case No. 3-07-70684-BZ |
| ) | |
| v. ) | |
| ) | [Proposed] |
| RUDOLPH KERMIT KING, a.k.a. ) | UNSEALING ORDER |
| KLEVER ROSALES ) | |
| ) | |
| Defendant. ) | |

Upon motion of the United States of America, and good cause appearing,

**IT IS HEREBY ORDERED** that the Clerk of the District Court shall unseal the above-captioned case.

Dated this 20 day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE