**FILED**
JUN 16 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0746 JW |
| Plaintiff, | **ORDER VACATING ORDER OF CJA CONTRIBUTIONS** |
| v. | |
| RUDOLPH KERMIT KING, | |
| Defendant. | |

Pursuant to the Order filed January 11, 2008, granting the Stipulation to Vacate Hearing Date Due to Issuance of Bench Warrant and to Exclude Time, and because Mr. King is presently unavailable and the arrest warrant is still pending,

IT IS HEREBY ORDERED that the Order of CJA Contributions filed December 14 2007, is VACATED and no contribution is required. *until further order of court upon his arrest. PVT*

Dated: June 13, 2008

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE